FILED
APR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

J. Troy Mazzion

C/o Clarendon Clubhouse
3141 N.10th St
Arlington VA 22201

Plaintiff

vs.

United States of America

Defendant

CASE NUMBER 1:06CV00718

JUDGE: Henry H. Kennedy

DECK TYPE: Administrative Agency Revi

DATE STAMP: 04/21/2006

**COMPLAINT**

Now comes Plaintiff, Mazzion pursuant USCA/FRCP 28 R.8(a) and as to satisfy procedure it is requisite the following: as to jurisdiction it is held that litigation be brought thru District court when amounts do not exceed $10,000 against Govt. body pursuant USCA 28 §1346(a)(2)(b). Furthermore pursuant 37 Am Jur 2d §347-Fraud and Deceit to satisfy grounds for relief; as well, it is pursuant 1 Am Jur 2d §27-Abuse of process which establishes Pleader's provocation for "demand for judgment for relief." Furthermore the following averments to claim are submitted as follows:

I.  This "Action" is submitted for redress against the reckless and intentional wrongdoing of V.A. agents who have scandalously made it there duty (along with Social Security Admin) to defraud me further of the Disability payments due me as being Under (Mental) Disability since 97'...Furthermore, upon release from incarceration from Arlington County Detention Facility (Arlington, VA) on 2-7-06 I phoned V.A., as normal, to get payments restarted but I was informed to write the regional office in St. Petersburg, FL, inconsistent with normal procedures to reinstate payment(s) which has created this unnecessary hardship and injury due to being defrauded Disability payments which Claimant, Mazzion seeks restitution over, along with a (court) "order to compel" reinstatement of Claimant's (normal) pay cycle.

RECEIVED
MAR 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In further regards of civil procedure, "Exhibit A" is enclosed as to satisfy "notice" to Dept. of Veterans Affairs pursuant USCA 28§2675, Note 3.

With no further ado, further regards of resolution to settlement of "damages," Claimant Mazzion subscribes to the missed payment(s) of 7-06 and 2-06; a further account to the hardship and personal injury inflicted is reserved at $5,000.

Closing,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Claimant

Email: hazedtodeath@yahoo.com

"EXHIBIT A"

VA REGIONAL OFFICE
C/O CLAIMS OFFICE
210 FRANKLIN RD, SW
ROANOKE, VA 24011-2204

2-27-06

Claims Agent,

As pursuant USCA 28§2675, Note 3 and requisite separate and independent claim which has been directed to the U.S. District Court, forwarded for the redress against the reckless and intentional wrongdoing of V.A. agents who have scandalously made it there duty (along with Social Security Admin) to defraud me further of the Disability payments due me as being Under (Mental) Disability since 97'...Furthermore, upon release from incarceration from Arlington County Detention Facility (Arlington, VA) on 2-7-06 I phoned V.A., as normal, to get payment(s) restarted but I was informed to write the regional office in St. Petersburg, inconsistent with normal procedures to reinstate payment(s) which has created this unnecessary hardship and injury due to being defrauded Disability payment(s) which Claimant, Mazzion seeks restitution over, along with an "Order to Compel" reinstatement of (normal) pay cycle.

In further regards of resolution to settlement of "Damages," Claimant, Mazzion subscribes to the missed payment(s) of 7-05 and 2-06; a further account to the hardship and personal injury inflicted is reserved at $5,000.

Correspondingly,

*[signature: J. Troy Mazzion]*

J. Troy Mazzion, Claimant
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
C/o Clarendon Clubhouse
3141 N. 10th St.
Arlington, VA 22201

06 0718

FILED

APR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT