RECEIVED
MAY 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARLINGTON COUNTY COURTHOUSE
CIRCUIT COURT
CIVIL DIVISION

J. Troy Mazzion                       :        Judge Henry K. Kennedy
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                           :
C/o Clarendon Clubhouse               :        Case No: 1:06-cv-00718 HHK
3141 N.10th St                        :
Arlington VA  22201                   :

    Plaintiff                         :
                                      :
                                      :        MOTION
vs.                                   :        ~~NOTICE~~ FOR SETTLEMENT

United States
Attorney General                      :


      Now comes Claimant, Mazzion pursuant 35A Am Jur 2d §223/Compromise of claim, as to negate resolution of claim for "Damages" and or "Final Disposition."

      With no further ado, Claimant/Mazzion closes Under Disability pursuant §8.01-424/Code of Va-"Approval of Compromises on behalf of persons under…

Shall we,

*J. Troy Mazzion*

J. Troy Mazzion, Claimant
Pro se
Email: hazedtodeath@yahoo.com

NANCY M. MAYER-WHITTINGTON CLERK
2006 MAY 19 PM 2:19
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED

In The UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

J. Troy Mazzion  
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  
C/o Clarendon Clubhouse  
3141 N.10th St  
Arlington VA  22201

Judge Henry K. Kennedy

Case No 1:06-cv-00718-HHK

Plaintiff

vs.                                           **SERVICE OF PROCESS**

United States  
Attorney General

Defendant

    Now comes Claimant, Mazzion pursuant Title 28/U.S.C.-Rule 4(i)(1) to satisfy Service upon appropriate party thru filing with the clerk of courts.

Closing,

*J. Troy Mazzion*

J. Troy Mazzion, Claimant  
Pro se  
Email: hazedtodeath@yahoo.com

NANCY M. MAYER-WHITTINGTON
CLERK

2006 MAY 19 PM 2:19

U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED