```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

J. TROY MAZZION,                )
                                )
          Plaintiff,            )
                                )
-v-                             )  Civil Action No. 06-718 HHK
                                )
UNITED STATES OF AMERICA,       )
                                )
          Defendant.            )
_____)
```

### MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Rule 6(b)(1), defendant hereby moves to enlarge the time for his answer or other response to the complaint from today (July 24, 2004) to July 28, 2006.  Defendant was unable to consult with plaintiff, who is pro se, to determine his motion on this motion, since plaintiff has not provided a tele-phone number where he can be reached.

Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant recently completed a trial that consumed his time and required the postponing of work on a number of matters.  These matters have prevented undersigned counsel's completion of the dispositive motion (lack of subject matter jurisdiction) in this case.  Undersigned counsel anticipates that the dispositive motion will be filed by July 28, 2006.

Attached is a draft order reflecting the requested enlarge-ment of time.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                              United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
         /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

J. TROY MAZZION,                  )
                                  )
          Plaintiff,              )
                                  )
-v-                               )   Civil Action No. 06-718 HHK
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Defendant.              )
_____)
```

ORDER

UPON CONSIDERATION of the motion by defendant for an extension of time to respond to the answer, it is this _____ day of _____, 2006,

ORDERED that the motion is granted, and it is further

ORDERED that defendant shall respond to complaint on or before July 28, 2006.


                              UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and to counsel for defendant.

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2006, a copy of the foregoing motion for extension of time to answer was served by first class mail, postage prepaid, on:

> J. Troy Mazzion
> c/o Clarendon Clubhouse
> 3141 10th Street
> Arlington, VA 22201

>                    /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney