In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion                           :    Case No: <u>1:06-cv-00718 HHK</u>
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
C/o Preble St. Rrcse Cntr
PO Box 1459
Portland, ME  04104                       :
                                               **Judge:** <u>H. K.  Kennedy</u>
           Plaintiff

                                          :

Vs

                                               **MOTION TO STRIKE FOR**
United States, et., al                    :   **STAY ON PROCEEDINGS**

           Defendant


                                          :


    Now comes Plaintiff/Mazzion, this 14th day of August 2006, to state the following:

    As provisions of code further intercedes in favor of Plaintiff/Mazzion pursuant USCA Title 28 §2675(a) (enforcing waiver against "sovereign immunity") plaintiff states the following:

    As matters would have it, Defense attorneys are indignantly and scandalously discrediting the Tortious effects of the Govt. agency Dept. of V. A. and of the said agency, the fact presently remains, as having the claimant suffering from financial hardship by withholding cash benefits and refraining from producing any documentary references as to signify the status of my Disability Pension, neither has the Dept. of V. A. offered a proper reply from a "Complaint"/notice, which the claimant/Mazzion, forwarded VA Regional Office in Roanoke, Virginia preceding a "notice" to one R. James Nicholson/Secretary of V. A. as to offer resolution correspondingly of USCA 28 §2675-note.3 (enclosed with copies and a "**COVERSHEET**" with footnotes preceding <u>Exhibit A</u> as to prevent any confusion over the chronological order and explanation of documents).  Exhibit B is a copy of the last attempt made the Plaintiff/Mazzion to obtain the attention of the Dept. of Vet. Affairs Regional Counsel in St. Petersburg Florida, being the announced body who were handling the prolonged review of my claim for restoration of Disability Pension payments Your Honor.

RECEIVED
AUG 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defense attorney's are only attempting to cover up for agents who have intentionally and willfully withheld due funds unjustifiably and once again Your Honor, without producing any guideline document from which timely references and or other pertinent regards, which would legitimately justify this process of <u>laches</u> the claimant is being victimized by.

Furthermore, Defendant counsel is implying, in their own fashioned way that the Govt. has a right to withhold my cash benefits for an undo and or overdue period, inducing the financial hardship Plaintiff (claimant)/Mazzion suffers from and although this revelation does not precisely announce itself, while U. S. Defendant is evading liability. It has been clearly attested that the liable U.S. Defendant et, al and contrary to procedure is not exercising reply timely to the court, nor to the brief and self explanatory "complaint" and notices forwarded the Regional Office of Roanoke and the Dept. of Veterans Affairs Secretary, Mr. R. James Nicholson (even evading that initial process for resolution).

In closing, it is the last regard, that this Action presented and set forth the court is a direct reflection of the Govt.'s negligent and wrongful act which caused the personal injury of financial hardship, forcing claimant to inevitably exercise a transitional course of action for a very low level of "general assistance" due to the overbearing hardship and abuse of process of the Govt./Dept., of V. A., further demonstrated in the untimely "Answer" of Defendant(s) contrary to FRCP Rule 12 (3)(A) and without notating any applicable regards for consideration to proceed out of time and legitimately retract regards of untimeliness and the negligent neglect of this Tortious matter.

With no further ado, Plaintiff Mazzion closes pursuant USCS Rule 9(b)-"In all averments of fraud..." praying the courts invocation of favor on behalf of Plaintiff-/Mazzion.

Closing,

*J. Troy Mazzion*

J. Troy Mazzion, Plaintiff
Under-disability (Pro se)
Email: hazedtodeath@yahoo.com

In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion                           :       Case No: 1:06-cv-00718
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
C/o Preble St. Resrce Cntr
PO Box 1459
Portland, ME  04104                       :
                                                  Judge:   H. K. Kennedy

         Plaintiff

                                          :

Vs

United States, et. al                     :       **SERVICE OF PROCESS**

         Defendant

                                          :


     Now comes Claimant, Mazzion pursuant Title 28/U.S.C. Rule4(i)(1) to satisfy Service upon Defendant counsel, one Fred E. Haynes, D.C. Bar #16564, Assistant United States Attorney, "555 Fourth Street, N.W., E-4110, Washington, D.C. 20530;" Kenneth L. Wainstein, D. C. Bar #451058, United States Attorney, "same address;" and Rudolph Contreras, D. C. Bar #434122, Assistant United States Attorney, "same address."

Closing,

*[signature]*

J. Troy Mazzion, Under-disability
Claimant/Pro se
Email:  hazedtodeath@yahoo.com

**RECEIVED**

AUG 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT