In The UNITED STATES DISTRICT COURT
For The DISTRICT OF COLUMBIA

J. Troy Mazzion                                    :     Case No:  1:06-cv-00718
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
C/o Preble St. Rec. Cntr.
PO Box 1459
Portland, ME  04104                                :
                                                         Judge:  H. K. Kennedy
         Plaintiff


                                                   :

Vs


United States, et., al                             :     **COVERSHEET**

         Defendant


                                                   :


    If it will please the court, Plaintiff/Mazzion moves in order to explain <u>following documents</u> attached in chornological order, beginning with very next page, being a copy of mail to the Secretary of V. A. Affairs (meant enclosed as Exhibit A of this pleading); the very next page is a copy of "Exhibit A" which was a separate document refered to accompanying the previous page and letter to the Secretary of V. A. Affairs; the next (2)two pages would be a copy of the original complaint which also accompanied the letter/notice mailed to the Secretary of V. A. Affairs, all enclosed to signify to the clear and evident intent exercised to resolve Plaintiffs <u>personal injury.</u>

Under-disability,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Plaintiff
Pro se
Email:  hazedtodeath@yahoo.com

Exhibit A

DEPT. OF VA AFFAIRS
SECRETARY OF VA AFFAIRS
C/O HONORABLE R. NICHOLSON
810 VERMONT AVE NW
WASHINGTON, VA 20420

4/26/06

R. James Nicholson,

This brief letter has been directed your attention as to satisfy clearity over civil litigation submitted the U.S. District Court regarding Disability Claim 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 as follows: the 1st pg., is enclosed as "Exhibit A", having the 2nd and 3rd pg.(s), forwarded but notated as pg. 1(one) and 2(two) (as being the order of the original complcint as filed in court, which details in further, the pertinant regards (of the original "Complaint") submitted to the District Court of Columbia...Thank you for your attentiveness thusfar.

P.S., I initially mailed a similar notice such as this to VA Regional Office, C/O Claims Office, 210 Franklin Rd, SW, Roanoke, VA 24011-2204, to the attention of "Claims agent," dated 3/1/06.

Correspondingly,


J. Troy Mazzion, Claimant
703-228-5236
C/o Clarendon Clubhouse
3141 N. 10th St.
Arlington, VA 22201
Email: hazedtodeath@yahoo.com

"EXHIBIT A"

VA REGIONAL OFFICE
C/O CLAIMS OFFICE
210 FRANKLIN RD, SW
ROANOKE, VA 24011-2204

2-27-06

Claims Agent,

As pursuant USCA 28§2675, Note 3 and requisite separate and independent claim which has been directed to the U.S. District Court, forwarded for the redress against the reckless and intentional wrongdoing of V.A. agents who have scandalously made it there duty (along with Social Security Admin) to defraud me further of the Disability payments due me as being Under (Mental) Disability since 97'…Furthermore, upon release from incarceration from Arlington County Detention Facility (Arlington, VA) on 2-7-06 I phoned V.A., as normal, to get payment(s) restarted but I was informed to write the regional office in St. Petersburg, inconsistent with normal procedures to reinstate payment(s) which has created this unnecessary hardship and injury due to being defrauded Disability payment(s) which Claimant, Mazzion seeks restitution over, along with an "Order to Compel" reinstatement of (normal) pay cycle.

In further regards of resolution to settlement of "Damages," Claimant, Mazzion subscribes to the missed payment(s) of 7-05 and 2-06; a further account to the hardship and personal injury inflicted is reserved at $5,000.

Correspondingly,

J. Troy Mazzion, Claimant
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
C/o Clarendon Clubhouse
3141 N. 10th St.
Arlington, VA 22201

NANCY M. MAYER-WHITTINGTON
CLERK
2006 MAR 13 PM 12: 35
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
RECEIVED

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 MAR 13 PM 12:35

NANCY M.
MAYER-WHITTINGTON
CLERK

IN THE UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

J. Troy Mazzion : Judge_____
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 :
C/o Clarendon Clubhouse :
3141 N.10th St : Case No_____
Arlington VA 22201 :
:
      Plaintiff :
:
vs. : **COMPLAINT**
:
United States of America :
:
      Defendant

      Now comes Plaintiff, Mazzion pursuant USCA/FRCP 28 R.8(a) and as to satisfy procedure it is requisite the following: as to jurisdiction it is held that litigation be brought thru District court when amounts do not exceed $10,000 against Govt. body pursuant USCA 28 §1346(a)(2)(b). Furthermore pursuant 37 Am Jur 2d §347-Fraud and Deceit to satisfy grounds for relief; as well, it is pursuant 1 Am Jur 2d §27-Abuse of process which establishes Pleader's provocation for "demand for judgment for relief." Furthermore the following averments to claim are submitted as follows:

    I.    This "Action" is submitted for redress against the reckless and intentional wrongdoing of V.A. agents who have scandalously made it there duty (along with Social Security Admin) to defraud me further of the Disability payments due me as being Under (Mental) Disability since 97'...Furthermore, upon release from incarceration from Arlington County Detention Facility (Arlington, VA) on 2-7-06 I phoned V.A., as normal, to get payments restarted but I was informed to write the regional office in St. Petersburg, FL, inconsistent with normal procedures to reinstate payment(s) which has created this unnecessary hardship and injury due to being defrauded Disability payments which Claimant, Mazzion seeks restitution over, along with a (court) "order to compel" reinstatement of Claimant's (normal) pay cycle.

RECEIVED
MAR 01 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In further regards of civil procedure, "Exhibit A" is enclosed as to satisfy "notice" to Dept. of Veterans Affairs pursuant USCA 28§2675, Note 3.

With no further ado, further regards of resolution to settlement of "damages," Claimant Mazzion subscribes to the missed payment(s) of 7-06 and 2-06; a further account to the hardship and personal injury inflicted is reserved at $5,000.

Closing,

*[signature]*

J. Troy Mazzion, Claimant
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
Email: hazedtodeath@yahoo.com

2

## In The UNITED STATES DISTRICT COURT
### For The DISTRICT OF COLUMBIA

J. Troy Mazzion : **Case No:** <u>1:06-CV-00718 HHK</u>
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
C/o Preble St., Rec. Cntr.
PO Box 1459
Portland, ME 04104 :

           Plaintiff                                 **Judge:** <u>H. K. KENNEDY</u>

Vs :

United States, et., al : **MOTION FOR RELIEF**
                                                        **FROM JUDGEMENT**
           Defendant

:

      Now comes Plaintiff/Mazzion, this 17th day of August, 2006 pursutn Am Jur 2d §655-"Rules governing motions for relief..."

      As it would be found consistant to previous pleading filed, it is hereto prayed the court, on the Plaintiffs behalf, that "Relief" be granted in favor of Plaintiff/Mazzion adjacent pleadings of "Motion to Strike..."

Under-disability,

*J. Troy Mazzion* (signature)

J. Troy Mazzion, Plaintiff
Pro se
Email: hazedtodeath@yahoo.com

TRANSMISSION VERIFICATION

Exhibit B

TIME : 08/09/2006 13:21

```
DATE,TIME            08/09 13:20
FAX NO./NAME         917273197783
DURATION             00:00:39
PAGE(S)              02
RESULT               OK
MODE                 STANDARD
                     ECM
```

## **COVERSHEET**

TO: DEPT. OF VETERAN AFFAIRS

FAX: 727-319-7783

---

FROM: J. TROY MAZZION

FAX: 207-842-3614

Exhibit B

J. Troy Mazzion
C/o Preble St. Resrce Cntr
PO Box 1459
Portland, ME  04104

August 9, 2006

Dept. of Veteran Affairs
Regional Office
PO Box 1437
St. Petersburg, FL  33731

Claim Agent,

    As it stands, the many efforts taken to personally contact the applicable Dept./party for termination of the undo "suspension of benefits," has prompted me to direct another inquiry to you as to further assist me with pertinent point of contact info the General or Regional Counsel, who is said to be reviewing my claim.

Closing,


J. Troy Mazzion, Claimant
Under-disability
Email:  hazedtodeath@yahoo.com