UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TROY MAZZION,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Civil Action 06-0718 (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendant's motion to dismiss [Dkt. No. 7] is **GRANTED**, and this case is **DISMISSED**.  This is a final appealable Order.

_____s/s_____
Henry H. Kennedy, Jr.
United States District Judge

November 30, 2006